IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PHILLIP LAUGHLIN, et al.,<br><br>  Defendants. | CRIMINAL FILE NO.<br>1:10-CR-113-1-TWT |

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 238] of the Magistrate Judge regarding the disposition of various motions. The Court approves and adopts the Report and Recommendation as the judgment of the Court. For the reasons set forth in the thorough and well reasoned Report and Recommendation, the Defendants' Motions to Suppress [Doc. 171, 178, 217 & 226] are DENIED. The Motion for Return of Property [Doc. 172] is DENIED. The Motion to Allow Sandy Springs Police to Destroy Bulk Marijuana [Doc. 188] is GRANTED.

    SO ORDERED, this 27 day of July, 2012.

                          /s/Thomas W. Thrash
                          THOMAS W. THRASH, JR.
                          United States District Judge